No. 2117, Misc.  MILLS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 2128, Misc.  UNGER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 2132, Misc.  SEWELL *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 2135, Misc.  VERSE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 2137, Misc.  WALKER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 2138, Misc.  O'SHEA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 2140, Misc.  WEBSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 2143, Misc.  McPARLIN *v.* RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 2147, Misc.  STEWART *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 2150, Misc.  ROLLINS *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 2151, Misc.  HOUSE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 2213, Misc.  YOUNG *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.